UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

GEORGE S. COHLMIA, JR., M.D., *et al.,*    )
        Plaintiffs,    )
        )
v.    )    Case No.:  05-cv-384-GKF-PJC
        )
ARDENT HEALTH SERVICES, LLC., *et al.,*    )
        )
        Defendants.    )

**STIPULATION OF DISMISSAL OF RONALD C. ELKINS, M.D. WITHOUT
PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii).**

COME NOW counsel for Plaintiffs and counsel for named Defendant Ronald C. Elkins,

M.D. and hereby stipulate to the dismissal of Plaintiffs' claims and causes of action asserted

against said Defendant only, without prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

Respectfully submitted,

By:    s/Michael L. Barkett           
        Daniel B. Graves, OBA# 16656
        Michael L. Barkett, OBA # 16171
        William C. McLain OBA # 19349
        GRAVES, BARKETT & MCLAIN
        1010 Boulder Towers
        1437 South Boulder Avenue
        Tulsa, Oklahoma  74119
        Phone:  (918) 582-6900
        Fax:  (918) 582-6907
        Attorneys for Plaintiffs

By:    s/Murray E. Abowitz      
        Murray E. Abowitz, OBA # 00117
        Mary B. Scott, OBA # 13254
        Michael N. Brown, OBA # 10219
        ABOWITZ, TIMBERLAKE& DAHNKE, P.C.
        Post Office Box 1937
        Oklahoma City, Oklahoma 73101
        Attorneys for Defendant Ronald C. Elkins, M.D.

## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of January, 2009, a true and correct copy of the above and foregoing Stipulation of Dismissal was sent *via* electronic mail and U.S. Mail to the following:

Michael Burrage (mburrage@burragelaw.com)
David Allen Burrage (dburrage@burrgelaw.com)
Healther Hillburn Burrage (hburrage@burragelaw.com)
Burrage Law Firm
115 North Washington, Suite 100
Post Office Box 1727
Durant, Oklahoma 74702

and

Mark J. Horoschak (mhoroschak@wcsr.com)
Sara Lincoln (slincoln@wcsr.com)
Brian Allen Hayles (bhayles@scsr.com)
Womble, Carlyle,
   Sandridge & Rice, P.L.C.C.
301 S. College Street, Suite 3500
Charlotte, North Carolina 28202

and

Michael Sean Burrage (sburrage@soonerlaw.com)
Darrell W. Downs (ddowns@soonerlaw.com)
Taylor, Burrage, Foster,
   Mallett, Downs & Ramsey
400 West Fourth Street
Post office Box  309
Claremore, Oklahoma 74018-0309

**Attorneys for Defendants**
   **Ardent Health Services, L.L.C.;**
   **AHS Hillcrest Medical Center;**
   **AHS Oklahoma Health System;**
   **Steve Landgarten, M.D., and**
   **Steve Dobbs**
Joel L. Wohlgemuth (jlw@nwcdlaw.com)
Angela Freeman Porter (afp@nwcdlaw.com)
Ryan Ray (rar@nwcdlaw.com)
Norman, Wohlgemuth,
   Chandler & Dowdell
2900 Mid-Continent Tower
401 S. Boston Avenue
Tulsa, Oklahoma 74103-4023

**ATTORNEYS FOR DEFENDANTS**
  **HILLCREST HEALTHCARE SYSTEM AND**
  **HILLCREST MEDICAL CENTER**

G. Michael Lewis (mlewis@dsda.com)
William Hayden Spitler (wspitler@dsda.com)
Doernet, Saunders, Daniel & Anderson
320 S. Boston Avenue, Suite 500
Tulsa, Oklahoma 74103

and

James W. Connor, Jr. (jconnor@richardsconnor.com)
Jason Lee Glass (jglass@richardsconnor.com)
RICHARDS & CONNOR
525 South Main Street, Suite 12
Tulsa, Oklahoma 74103-4509

**ATTORNEYS FOR DEFENDANTS**
  **ST. JOHN MEDICAL CENTER,**
  **WILLIAM C. BURNETT, M.D., AND**
  **HOWARD ALLRED, M.D.**

J. Daniel Morgan (dmorgan@newtonoconnor.com)
NEWTON, O'CONNOR, TURNER & KETCHUM
15 West Sixth Street
Tulsa, Oklahoma 74119
**ATTORNEYS FOR DEFENDANTS**
  **CVT SURGERY, INC., AND**
  **PAUL W. KEMPE, M.D.**

Murray E. Abowitz (mea@abowitzlaw.com)
Mary B. Scott (mbs@abowitzlaw.com)
Michael Noah Brown (mnb@abowitzlaw.com)
ABOWITZ, TIMBERLAKE & DAHNKE, P.C.
Post Office Box 1937
Oklahoma City, Oklahoma 73101
**ATTORNEYS FOR DEFENDANTS**
  **FRED GARFINKEL, M.D.,**
  **RONALD C. ELKINS, M.D.,**
  **MARC S. MILSTEN, M.D.,**
  **THOMAS D. ROBERTS, M.D., AND**
  **JAMES A. JOHNSON, M.D.**

Jennifer R. Annis (jannis@ahn-law.com)
Michael P. Atkinson (matkinson@ahn-law.com)
John J. Carwile (jcarwile@ahn-law.com)

3

Jamie Rogers (jrogers@ahn-law.com)
ATKINSON, HASKINS, NELLIS
  BRITTINGHAM, GLADD & CARWILE
525 S. Main Street, Suite 1500
Tulsa, Oklahoma 74103
ATTORNEYS FOR DEFENDANTS
  OKLAHOMA HEART INSTITUTE, INC.
  D/B/A OKLAHOMA HEART INSTITUTE;
  OKLAHOMA HEART, INC.; AND
  WAYNE N. LEIMBACH, JR., M.D.

s/Michael L. Barkett