UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEORGE S. COHLMIA, JR., M.D., *et al.,*  )<br>  Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>ARDENT HEALTH SERVICES, LLC., *et al.,*  )<br>  )<br>  Defendants.  ) | Case No.: 05-cv-384-GKF-PJC |

**STIPULATION OF DISMISSAL OF CLAIM BASED ON 42 U.S.C. SECTION 1981 AGAINST DEFENDANT ST. JOHN MEDICAL CENTER WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii).**

COMES NOW counsel for Plaintiffs and counsel for Defendant St. John Medical Center and hereby stipulates to the dismissal of Plaintiffs' claim against said Defendant pursuant to 42 U.S.C.A. Section 1981 only and without prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

Respectfully submitted,

By:    s/Michael L. Barkett_____
     Daniel B. Graves, OBA# 16656
     Michael L. Barkett, OBA # 16171
     William C. McLain OBA # 19349
     GRAVES, BARKETT & MCLAIN
     1010 Boulder Towers
     1437 South Boulder Avenue
     Tulsa, Oklahoma  74119
     Phone:  (918) 582-6900
     Fax:  (918) 582-6907
     Attorneys for Plaintiffs

By:    s/James W. Connor, Jr._____
     James W. Connor, Jr. OBA #12248
     Jason Lee Glass
     RICHARDS & CONNOR
     525 South Main Street, Suite 12
     Tulsa, Oklahoma 74103-4509
     **ATTORNEYS FOR DEFENDANT**
     **ST. JOHN MEDICAL CENTER**

## CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of January, 2009, a true and correct copy of the above and foregoing Stipulation of Dismissal was sent *via* electronic mail and U.S. Mail to the following:

    Michael Burrage (mburrage@burragelaw.com)
    David Allen Burrage (dburrage@burrgelaw.com)
    Healther Hillburn Burrage (hburrage@burragelaw.com)
    Burrage Law Firm
    115 North Washington, Suite 100
    Post Office Box 1727
    Durant, Oklahoma 74702

and

    Mark J. Horoschak (mhoroschak@wcsr.com)
    Sara Lincoln (slincoln@wcsr.com)
    Brian Allen Hayles (bhayles@scsr.com)
    WOMBLE, CARLYLE,
      SANDRIDGE & RICE, P.L.C.C.
    301 S. College Street, Suite 3500
    Charlotte, North Carolina 28202

and

    Michael Sean Burrage (sburrage@soonerlaw.com)
    Darrell W. Downs (ddowns@soonerlaw.com)
    TAYLOR, BURRAGE, FOSTER,
      MALLETT, DOWNS & RAMSEY
    400 West Fourth Street
    Post office Box 309
    Claremore, Oklahoma 74018-0309

    **ATTORNEYS FOR DEFENDANTS**
      **ARDENT HEALTH SERVICES, L.L.C.;**
      **AHS HILLCREST MEDICAL CENTER;**
      **AHS OKLAHOMA HEALTH SYSTEM;**
      **STEVE LANDGARTEN, M.D., AND**
      **STEVE DOBBS**

    Joel L. Wohlgemuth (jlw@nwcdlaw.com)
    Angela Freeman Porter (afp@nwcdlaw.com)
    Ryan Ray (rar@nwcdlaw.com)
    NORMAN, WOHLGEMUTH,
      CHANDLER & DOWDELL
    2900 Mid-Continent Tower

    401 S. Boston Avenue
Tulsa, Oklahoma 74103-4023
**ATTORNEYS FOR DEFENDANTS**
  **HILLCREST HEALTHCARE SYSTEM AND**
  **HILLCREST MEDICAL CENTER**

G. Michael Lewis (mlewis@dsda.com)
William Hayden Spitler (wspitler@dsda.com)
Doernet, Saunders, Daniel & Anderson
320 S. Boston Avenue, Suite 500
Tulsa, Oklahoma 74103

and

James W. Connor, Jr. (jconnor@richardsconnor.com)
Jason Lee Glass (jglass@richardsconnor.com)
RICHARDS & CONNOR
525 South Main Street, Suite 12
Tulsa, Oklahoma 74103-4509

**ATTORNEYS FOR DEFENDANTS**
  **ST. JOHN MEDICAL CENTER,**
  **WILLIAM C. BURNETT, M.D., AND**
  **HOWARD ALLRED, M.D.**

J. Daniel Morgan (dmorgan@newtonoconnor.com)
NEWTON, O'CONNOR, TURNER & KETCHUM
15 West Sixth Street
Tulsa, Oklahoma 74119
**ATTORNEYS FOR DEFENDANTS**
  **CVT SURGERY, INC., AND**
  **PAUL W. KEMPE, M.D.**

Murray E. Abowitz (mea@abowitzlaw.com)
Mary B. Scott (mbs@abowitzlaw.com)
Michael Noah Brown (mnb@abowitzlaw.com)
ABOWITZ, TIMBERLAKE & DAHNKE, P.C.
Post Office Box 1937
Oklahoma City, Oklahoma 73101
**ATTORNEYS FOR DEFENDANTS**
  **FRED GARFINKEL, M.D.,**
  **RONALD C. ELKINS, M.D.,**
  **MARC S. MILSTEN, M.D.,**
  **THOMAS D. ROBERTS, M.D., AND**
  **JAMES A. JOHNSON, M.D.**

Jennifer R. Annis (jannis@ahn-law.com)

Michael P. Atkinson (matkinson@ahn-law.com)
John J. Carwile (jcarwile@ahn-law.com)
Jamie Rogers (jrogers@ahn-law.com)
ATKINSON, HASKINS, NELLIS
  BRITTINGHAM, GLADD & CARWILE
525 S. Main Street, Suite 1500
Tulsa, Oklahoma 74103
**ATTORNEYS FOR DEFENDANTS**
  **OKLAHOMA HEART INSTITUTE, INC.**
  **D/B/A OKLAHOMA HEART INSTITUTE;**
  **OKLAHOMA HEART, INC.; AND**
  **WAYNE N. LEIMBACH, JR., M.D.**

                                                 s/Michael L. Barkett