UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEORGE S. COHLMIA, JR., M.D., and CARDIOVASCULAR SURGICAL SPECIALISTS CORP., an Oklahoma corporation,<br><br>　　　　　　　　Plaintiffs,<br>vs.<br><br>ARDENT HEALTH SERVICES, LLC, et al.,<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 05 CV 384-GKF-PJC<br>)<br>)<br>)<br>)<br>)<br>) |

## DISMISSAL WITH PREJUDICE
## OF DEFENDANTS CVT SURGERY, INC. AND PAUL W. KEMPE

Plaintiffs, GEORGE S. COHLMIA, JR., M.D., and CARDIOVASCULAR SURGICAL SPECIALISTS CORP., hereby dimiss the following defendants with prejudice:

　　　　(1.) PAUL W. KEMPE, M.D. and
　　　　(2.) CVT SURGERY, INC.

Each party will bear his/its own attorney fees and costs.

　Submitted this 13th day of May, 2009.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/ Michael L. Barkett
　　　　　　　　　　　　　　　　　　　Michael L. Barkett, OBA# 16171
　　　　　　　　　　　　　　　　　　　Daniel B. Graves, OBA #16656
　　　　　　　　　　　　　　　　　　　**GRAVES & BARKETT, PLLC**
　　　　　　　　　　　　　　　　　　　1010 Boulder Towers
　　　　　　　　　　　　　　　　　　　1437 S. Boulder Avenue
　　　　　　　　　　　　　　　　　　　Tulsa, Oklahoma 74119
　　　　　　　　　　　　　　　　　　　(918) 582-6900 Office; (918) 582-6907 Fax

/s/   Darla S. Sedgwick_____
Clark O. Brewster, OBA #1114
Guy A. Fortney, OBA #17027
Jennifer L. De Angelis, OBA #12416
Darla S. Sedgwick, OBA #22371
**BREWSTER & DE ANGELIS, P.L.L.C.**
2617 East 21st Street
Tulsa, Oklahoma 74114
(918) 742-2021 Office; (918) 742-2197 Fax

**Attorneys for Plaintiffs George S. Cohlmia, Jr., M.D. and Cardiovascular Surgical Specialists Corp.**

APPROVED:

/s/ J. Daniel Morgan_____
J. Daniel Morgan, OBA #10550
Newton O'Connor Turner & Ketchum
15 W. 6th St., Suite 2700
Tulsa, OK  74119
(918) 587-0101, Ext 214
(918) 587-0102  (fax)

**Attorney for Defendants CVT Surgery, Inc. and Paul W. Kempe, MD**

2

## CERTIFICATE OF SERVICE

I certify that on the 13th day of May, 2009 the following persons were served copies of the foregoing through the ECF System:

Brian Alen Hayles, Esq.
bhayles@wcsr.com
Mark J. Horoschak, Esq.
mhoroschak@wcsr.com
Sara Lincoln, Esq.
slincoln@wcsr.com
David Allen Burrage, Esq.
dburrage@burragelaw.com
Heather Hillburn Burrage, Esq.
hburrage@burragelaw.com
Michael Burrage, Esq.
mburrage@burragelaw.com
Darrell Wayne Downs, Esq.
ddowns@soonerlaw.com
Michael Sean Burrage, Esq.
sburrage@soonerlaw.com
Joel L. Wohlgemuth, Esq.
jlw@nwcdlaw.com
Angela Freeman Porter, Esq.
afp@nwcdlaw.com
Michael P. Atkinson, Esq.
ECF@ahn-law.com
Raymond Thompson Cooper, Esq.
tom@pclaw.org
Michael L. Barkett, Esq.
barkett@gblaw.org

John J. Carwile, Esq.
ECF@ahn-law.com
Jennifer R. Annis, Esq.
ECF@ahn-law.com
Jamie A. Rogers, Esq.
ECF@ahn-law.com
G. Michael Lewis, Esq.
mlewis@dsda.com
William Hyden Spitler, IV, Esq.
wspitler@dsda.com
James W. Connor, Jr., Esq.
jconnor@richardsconnor.com
Jason Lee Glass, Esq.
jglass@richardsconnor.com
J. Daniel Morgan, Esq.
dmorgan@newtonoconnor.com
Mary B. Scott, Esq.
mainmail@abowitzlaw.com
Murray E. Abowitz, Esq.
mainmail@abowitzlaw.com
Michael N. Brown, Esq.
mainmail@abowitzlaw.com
Daniel B. Graves, Esq.
dgraves@gblaw.org

　　　　/s/ Darla S. Sedgwick