IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEORGE S. COHLMIA, JR., M.D., *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 05-cv-384-GKF-PJC |
| ) | |
| ARDENT HEALTH SERVICES, LLC., *et al.,* ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AS TO DEFENDANTS 1) ARDENT HEALTH SERVICES, LLC; 2) AHS OKLAHOMA HEALTH SYSTEM, LLP; 3) AHS HILLCREST MEDICAL CENTER, LLC; 4) STEVEN LANDGARTEN, M.D.; 5) STEVE DOBBS; 6) OKLAHOMA HEART INSTITUTE, INC.; 7) OKLAHOMA HEART, INC.; 8) CVT SURGERY, INC.; 9) FRED GARFINKEL, M.D.; 10) RONALD C. ELKINS, M.D.; 11) MARC S. MILSTEN, M.D.; 12) THOMAS D. ROBERTS, M.D.; 13) JAMES A. JOHNSON, M.D.; <u>14) WAYNE LEIMBACH, JR., M.D.; AND 15) PAUL KEMPE, M.D.</u>**

COMES NOW Plaintiffs George S. Cohlmia and Cardiovascular Surgical Specialists Corp., and the following Defendants set forth below:

1) Ardent Health Services, LLC;

2) AHS Oklahoma Health System, LLP;

3) AHS Hillcrest Medical Center, LLC;

4) Steven Landgarten, M.D.;

5) Steve Dobbs;

6) Oklahoma Heart Institute, Inc.;

7) Oklahoma Heart, Inc.;

8) CVT Surgery, Inc.;

9) Fred Garfinkel, M.D.;

1

10) Ronald C. Elkins, M.D.;

11) Marc S. Milsten, M.D.;

12) Thomas D. Roberts, M.D.;

13) James A. Johnson, M.D.;

14) Wayne Leimbach, Jr., M.D.; and

15) Paul Kempe, M.D.,

each through their undersigned attorneys of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of Plaintiffs' claims against said Defendants with prejudice to their renewal, with each party bearing his own costs and fees herein.

    Respectfully submitted,

    By:   /s/Darla S. Sedgwick
        Clark O. Brewster, OBA No. 1114
        Jennifer L. De Angelis, OBA No. 12416
        Guy A. Fortney, OBA No. 17027
        Darla S. Sedgwick, OBA No. 22371
        BREWSTER & DE ANGELIS, P.L.L.C.
        2617 East 21st Street
        Tulsa, Oklahoma 74114
        Telephone:  (918) 742-2021
        Facsimile:  (918) 721-2197

        Michael L. Barkett, OBA No. 16171
        Daniel Brent Graves, OBA No. 16656
        GRAVES & BARKETT, P.L.L.C.
        1010 Boulder Towers
        1437 South Bolder Avenue
        Tulsa, Oklahoma 74119
        Telephone:  (918) 582-6900
        Facsimile:  (918) 582-6907

    Attorneys for Plaintiffs George S. Cohlmia, Jr.,
    M.D. and Cardiovascular Surgical Specialists Corp.

By:   /s/Mark J. Horoschak (with permission)
      Mark J. Horoschak, NC State Bar #22816
      Sara R. Lincoln, NC State Bar #22744
      Brian A. Hayles, NC State Bar # 33971
      WOMBLE, CARLYLE, SANDRIDGE
        & RICE PLLC
      301 S. College Street, Suite 3500
      Charlotte, NC 28202-6025
      Phone: (704) 331-4900
      Fax: (704) 338-7844

Attorneys for Defendants Ardent Health Services, LLC; AHS Hillcrest Medical Center, LLC; AHS Oklahoma Health System, LLP; Steven Landgarten, M.D.; and Steve Dobbs


By:   /s/Murray E. Abowitz (with permission)
      Murray E. Abowitz, OBA #117
      ABOWITZ, TIMBERLAKE & DAHNKE, P.C.
      10th Floor Hightower Building
      105 North Hudson
      Oklahoma City, OK 73102
      Phone: (405) 236-4645
      Fax: (405) 239-2843

Attorneys for Defendants Fred Garfinkel, M.D.; Ronald C. Elkins, M.D., Marc S. Milsten, M.D.; Thomas D. Roberts, M.D. and James A. Johnson, M.D.


By:   /s/J. Daniel Morgan (with permission)
      J. Daniel Morgan, OBA #10550
      NEWTON, O'CONNOR, TURNER & KETCHUM
      15 W. 6th St., Ste. 2700
      Tulsa, OK 74119
      Phone: (918) 587-0101
      Fax: (918) 587-0102

Attorneys for Defendants CVT Surgery, Inc., and Paul W. Kempe, M.D.

By:   /s/Jennifer R. Annis (with permission)
     Jennifer R. Annis, OBA #17741
     Michael P. Atkinson, OBA #374
     John P. Carwile, OBA #10757
     ATKINSON, HASKINS, NELLIS, BRITTINGHAM,
         GLADD & CARWILE
     525 S. Main, Ste. 1500
     Tulsa, OK  74103

Attorneys for Defendants Oklahoma Heart, Inc.,
Oklahoma Heart Institute, Inc., and
Wayne N. Leimbach, Jr., M.D.

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 18, 2009, I electronically transmitted the foregoing to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

| | |
|---|---|
| Daniel Brent Graves, Esquire | Michael Sean Burrage, Esquire |
| Michael L. Barkett, Esquire | Joel L. Wohlgemuth, Esquire |
| Clark O. Brewster, Esquire | Angela Freeman Porter, Esquire |
| Jennifer L. De Angelis, Esquire | Jamie Alison Rogers, Esquire |
| Guy A. Fortney, Esquire | Jennifer Rae Annis, Esquire |
| Mary Morrison Barcus, Esquire | John Jay Carwile, Esquire |
| Brian Allen Hayles, Esquire | G. Michael Lewis, Esquire |
| David Allen Burrage, Esquire | James W. Connor, Jr., Esquire |
| Heather Hillburn Burrage, Esquire | Jason Lee Glass, Esquire |
| Mark Joseph Horoschak, Esquire | William Hayden Spitler, IV, Esquire |
| Michael Burrage, Esquire | J. Daniel Morgan, Esquire |
| Sara R. Lincoln, Esquire | Mary B. Scott, Esquire |
| Darrell Wayne Downs, Esquire | Murray E. Abowitz, Esquire |
| | Michael Peace Atkinson, Esquire |

       /s/ Darla S. Sedgwick