**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| GEORGE S. COHLMIA, JR., M.D., and CARDIOVASCULAR SURGICAL SPECIALISTS CORP., an Oklahoma Corporation, <br><br>          Plaintiffs, <br><br>vs. <br><br>ARDENT HEALTH SERVICES, LLC, a Delaware Limited Liability Company, et al. <br><br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>Case No. 05-CV-0384-GKF-PJC |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS**
**AS TO DEFENDANTS HILLCREST MEDICAL CENTER**
**AND HILLCREST HEALTHCARE SYSTEM**

COMES NOW Plaintiffs George S. Cohlmia and Cardiovascular Surgical Specialists Corp., and the following Defendants set forth below:

    1) Hillcrest Medical Center; and

    2) Hillcrest Healthcare System,

each through their undersigned attorneys of record, and in accordance with Fed. R. Civ. P. 41(1)(A)(ii), stipulate to the dismissal of Plaintiffs' claims against the above-named Defendants with prejudice to their renewal, with each party bearing their/its own costs and fees herein.

Respectfully submitted,

/s/Daniel B. Graves
**Michael L. Barkett,** OBA No. 16171
**Daniel Brent Graves**, OBA No. 16656
**GRAVES, BARKETT & MCLAIN, P.L.L.C.**
1010 Boulder Towers
1437 South Bolder Avenue
Tulsa, Oklahoma 74119
Telephone:     (918) 582-6900
Facsimile:       (918) 582-6907

and

**Clark O. Brewster**, OBA No. 1114
**Jennifer L. De Angelis**, OBA No. 12416
**Guy A. Fortney**, OBA No. 17027
**Darla S. Sedgwick**, OBA No. 22371
**BREWSTER & DE ANGELIS, P.L.L.C.**
2617 East 21st Street
Tulsa, Oklahoma 74114
Telephone:     (918) 742-2021
Facsimile:       (918) 721-2197

**Attorneys for Plaintiffs George S. Cohlmia, Jr., M.D. and Cardiovascular Surgical Specialists Corp.**


s/Angela F. Porter (w/permission)
**Joel L. Wohlgemuth**, OBA No. 9811
**John E. Dowdell**, OBA No. 2460
**Angela F. Porter**, OBA No 17283
**Ryan A. Ray**, OBA No. 22281
**NORMAN WOHLGEMUTH CHANDLER & DOWDELL**
401 South Boston Avenue
2900 Mid-Continent Tower
Tulsa, OK  74103
Telephone:     (918) 583-7571
Facsimile:       (918) 584-7846

**Attorneys for Defendants Hillcrest Healthcare System and Hillcrest Medical Center**

## CERTIFICATE OF SERVICE

The hereby certify that on the 15th day of June, 2009, a true and correct copy of the above and foregoing instrument was e-mailed to the following ECF registrants:

| | | | |
|---|---|---|---|
| $ | **Mary M. Barcus** mbarcus@gblaw.org | $ | **John J. Carwile** jcarwile@ahn-law.com |
| $ | **Michael Burrage** mburrage@burragelaw.com | $ | **Jennifer R. Annis** jannis@ahn-law.com |
| $ | **David A. Burrage** dburrage@burragelaw.com | $ | **Jamie A. Rogers** jrogers@ahn-law.com |
| $ | **Mark J. Horoschak** mhoroschak@wcsr.com | $ | **Meredith D. Lindaman** mlindaman@ahn-law.com |
| $ | **Stratton Taylor** staylor@soonerlaw.com | $ | **J. Daniel Morgan** dmorgan@newtonoconnor.co |
| $ | **M. Sean Burrage** sburrage@soonerlaw.com | $ | **Murray E. Abowitz** mainmail@abowitzlaw.com |
| $ | **Darrell W. Downs** ddowns@soonerlaw.com | $ | **Mary B. Scott** mainmail@abowitzlaw.com |
| $ | **Clint Russell** crussell@soonerlaw.com | $ | **Michael Noah Brown** mainmail@abowitzlaw.com |
| $ | **Sara R. Lincoln** slincoln@wcsr.com | $ | **G. Michael Lewis** mlewis@dsda.com |
| $ | **Brian Hayles** bhayles@wcsr.com | $ | **William H. Spitler, IV** wspitler@dsda.com |
| $ | **R. Thompson Cooper** tom@pclaw.org | $ | **Hilary L. Velandia** hvelandia@dsda.com |

| | | | |
|---|---|---|---|
| $ | **Brad L. Roberson**<br>brad@pclaw.org | $ | **James W. Connor, Jr.**<br>jconnor@richardsconnor.com |
| $ | **Michael P. Atkinson**<br>matkinson@ahn-law.com | $ | **Jason L. Glass**<br>jglass@richardsconnor.com |

s/Daniel B. Graves
**Daniel B. Graves**

J:\Common\maf\AFP\Hillcrest (Cohlmia)\Pleadings\Dismissal With Prejudice.doc